UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-33-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JESUS SERRATA | ) | |
| Defendant. | ) | |

THIS CAUSE coming to be heard on Motion of defendant Jesus Serrata for an ORDER continuing the Arraignment and Trial of this matter which is presently set for Tuesday, May 21, 2013, for a period of 30 days, or otherwise as the Court may set at its discretion, with the United States having no objection to the requested continuance.

It is hereby ORDERED that the Arraignment and Trial of this matter is continued until JULY 1, 2013 SESSION OF COURT.

The Court finds that the ends of justice served by the granting of this continuance outweighs the interest of the public and Defendant in a speedy trial. The period of time necessitated by this extension is excluded from the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(8)(A).

SO ORDERED, this the 17 day of May 2013.

_____
WILLIAM A. WEBB
US MAGISTRATE JUDGE